UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2014
JUNE 30, 2015 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:15-cr-00139
21 U.SC § 841(a)(1)
21 U.S.C. § 846

BRIAN KEITH DUNNIGAN

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

From in or about February 2015, to on or about April 8, 2015, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant BRIAN KEITH DUNNIGAN, together with other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute 500 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

From in or about February 2015, to on or about April 8, 2015, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant BRIAN KEITH DUNNIGAN, together with other persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is, knowingly and intentionally to distribute 100 or more grams of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT THREE

On or about April 8, 2015, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant BRIAN KEITH DUNNIGAN knowingly and intentionally possessed with intent to distribute 50 or more grams of a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about April 8, 2015, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant BRIAN KEITH DUNNIGAN knowingly and intentionally possessed with intent to distribute a quantity of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

1. On or about May 6, 2015, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant BRIAN KEITH DUNNIGAN did knowingly possess a firearm in and affecting interstate commerce, that is, a loaded Firearms Import & Export, model Titan Tiger, .38 caliber revolver.

2. At the time defendant BRIAN KEITH DUNNIGAN possessed the aforesaid firearm, he had been convicted of crimes punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is,

   a. Convicted on or about October 1, 1991, in the United States District Court for the Southern District of West Virginia, of the felony offense of Conspiracy to Distribute Cocaine Base;

   b. Convicted on or about March 9, 2006, in the United States District Court for the Southern District of West Virginia, of the felony offense of Felon in Possession of a Firearm.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).


R. BOOTH GOODWIN II
United States Attorney

By: _____
C. HALEY BUNN
Assistant United States Attorney